T & S, INC., A NEBRASKA CORPORATION, APPELLANT, V. DARRELL L. PETERSEN AND LAVONNE M. PETERSEN, APPELLEES.

351 N.W.2d 87

Filed July 6, 1984. No. 83-448.

Sheldon J. Harris and James E. Harris of Harris, Feldman, Stumpf and Pavel, for appellant.

Loren C. Galvin, for appellees.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, and SHANAHAN, JJ., and COLWELL, D.J., Retired.

PER CURIAM.

The sole question in this law action is whether there was sufficient evidence to support the trial court's determination that the defendants had not misrepresented sales figures of a business sold by them to the plaintiff. We have examined the record and

concluded that there is evidence to support the trial court's decision; therefore, we must affirm.

AFFIRMED.